**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CASE NO.:  3:00CR66-LAC**

**ODEBRECHT-METRIC,
A JOINT VENTURE**

_____

## ORDER

Upon consideration of the government's final report, it is hereby ORDERED that the government is released from filing future reports in the above case unless further directed to do so by this Court.

Dated this 12th day of November, 2008.


                                        s/*L.A. Collier*
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT  JUDGE